UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bryce Suchan, Matthew Reece, Shawn Curry-Rakesh, Joseph D. Thornblad, Joseph J. Pederson, Peter Nelsen, and Michael Gabrio, | Civil No. 13-3114 (DWF/FLN) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Commissioner of Human Services Lucinda Jesson, Attorney General's Office, Chad Portner, and Carol Olson, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated November 22, 2013. (Doc. No. 3.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.     Magistrate Judge Franklin L. Noel's Report and Recommendation (Doc. No. [3]) is **ADOPTED**.

2. Plaintiff Shawn Curry-Rakesh's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

3. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 11, 2013         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge